UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARI RAMZAN, #260705

      Plaintiff(s),

CIVIL ACTION NO. 03-73550

DISTRICT JUDGE AVERN COHN
MAGISTRATE JUDGE PAUL J. KOMIVES

v

R. RYDER, et al,

      Defendant(s).
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation dated May 11, 2005. No objections have been filed. The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

      SO ORDERED.


Dated: June 17, 2005                  s/ Avern Cohn
                                               AVERN COHN
                                               UNITED STATES DISTRICT JUDGE